AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
## District of Arizona

| | | |
|---|---|---|
| Norma Thornton, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 3:22-cv-08195-SMB-MTM |
| | ) | |
| City of Bullhead City, | ) | |
| Defendant. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on September 23, 2024 against Plaintiff Norma Thornton, and for the City of Bullhead City, the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................ | $ |
| Fees for service of summons and subpoena ........................................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case .............. | 2,029.16 |
| Fees and disbursements for printing ................................................................................... | |
| Fees for witnesses *(itemize on page two)* ........................................................................... | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................................................ | |
| Docket fees under 28 U.S.C. § 1923 .................................................................................. | |
| Costs as shown on Mandate of Court of Appeals ............................................................... | |
| Compensation of court-appointed experts .......................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. § 1828 ......... | |
| Other Costs (please itemize) ............................................................................................... | |
| TOTAL | $ 2,029.16 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories. *(Invoices attached)*

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service    ☐ First class mail, postage prepaid    ☐ Other _____

s/ Attorney: _____

Name of Attorney: Larry J. Crown

For:   City of Bullhead City    Date: September 25, 2024
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

Clerk of Court                                Deputy Clerk                                Date

AO 133 (Rev. 07/24) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. § 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || TRAVEL || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Expenses/ Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail), (D) (leaving with the clerk), or (F) (other means consented to), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Print    Save As...

Reset



Larry J. Crown
Titus Brueckner & Levine, PLC
8355 E. Hartford Drive
Suite 200
Scottsdale, AZ 85255-2548

# Invoice #13742

| Date | Terms |
|---|---|
| 09/12/2023 | Net 30 |

### Job #21122102 on 08/23/2023

**Case:** Thornton v. City of Bullhead City

**Shipped On:** 09/12/2023
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Pamela A. Griffin

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Norma Jean Thornton** | | |
| Appearance Fee Hourly (3 Units) | $ 45.00 | $ 135.00 |
| Original & One Copy (93 Pages) | $ 4.25 | $ 395.25 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Mileage (472 Units) | $ 0.655 | $ 309.16 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 884.41 |

|  |  |
|---|---|
| Amount Due: | $ 884.41 |
| Paid: | $ 0.00 |
| **Balance Due:** | **$ 884.41** |
| **Payment Due:** | **10/12/2023** |

Tax ID No. 74-3158557
602.264.2230
3200 East Camelback Road, Suite 177, Phoenix, Arizona  85018   RRF No. R1005
All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).

## Veritext, LLC - Mid-Atlantic Region

Tel. 888-777-6690 Email: Billing-Midatlantic@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Ellen Bolton<br>Titus Brueckner & Levine PLC<br>8355 East Hartford Drive<br>Suite 200<br>Scottsdale, AZ, 85255 | **Invoice #:** 6815042<br>**Invoice Date:** 8/31/2023<br>**Balance Due:** $1,144.75 |

**Case: Thornton, Norma v. City Of Bullhead City, AZ (CV2208195PCTSMB (MTM))**   **Proceeding Type: Depositions**

Job #: 6043988   |   Job Date: 8/24/2023   |   Delivery: Normal

Location:        Bullhead City, AZ
Billing Atty:    Larry J. Crown Esq
Scheduling Atty: Diana Simpson | Institute for Justice

| Witness: Toby Cotter | Amount |
|---|---|
| Transcript Services | $973.25 |
| Exhibits | $45.50 |
| Logistics, Processing & Electronic Files | $126.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,144.75** |
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$1,144.75** |

TERMS:  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:** 6815042
**Invoice Date:** 8/31/2023
**Balance Due:** $1,144.75

B420230901

157436